**DISMISS and Opinion Filed July 31, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00050-CV**

**CHARLES CURL, Appellant**
**V.**
**MEGHAN SMITH, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56945-2022**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  |  |
|---|---|
|  | /Bill Pedersen, III// |
| 230050f.p05 | BILL PEDERSEN, III |
|  | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES CURL, Appellant

No. 05-23-00050-CV          V.

MEGHAN SMITH, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-56945-2022.

Opinion delivered by Justice Pedersen, III. Justices Garcia and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MEGHAN SMITH recover her costs of this appeal from appellant CHARLES CURL.

Judgment entered this 31st day of July, 2023.